# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 19-2968

———————————————

In re: BankAmerica Corporation

------------------------------

Michael B. Minton

*Movant    Appellant*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: March 27, 2020
Filed: April 1, 2020
[Unpublished]

——————————

Before SHEPHERD, WOLLMAN, and BEAM, Circuit Judges.

——————————

PER CURIAM.

Michael Minton, the trustee of the Jack W. Minton Living Trust, appeals the district court's[1] denial of his 2018 motion seeking payment from a 2002 class action settlement fund. Having carefully reviewed the record and the arguments on appeal,

———————————————

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.

we conclude the district court did not abuse its discretion by denying the motion and declining to reopen litigation in the case. See Penn v. Iowa State Bd. of Regents, 999 F.2d 305, 307 (8th Cir. 1993) (district courts have duty and power to manage their dockets and this court will not intervene absent abuse of discretion). Accordingly, we affirm the judgment. See 8th Cir. R. 47B.

_____